2:24-CV-00164-MHT-JTA

United States District Court
Middle District of Alabama
Northern Division

RECEIVED 2024 MAR 12 A 10:17 TREY GRANGER CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA.

Peter J. Smith                    Civil Action _____
    Plaintiff
                                  Jury Trial Requested.
    V.                            [✓] Yes   [ ] No
Alabama Governor KAY Ivey ET. AL,
    Defendants.

## Complaint

1) Amount in question exceeds $20.

2) Peter J. Smith  P.O. Box 1644 Montgomery, Alabama 36102-1644.

3) Alabama Governor Kay Ivey, Alabama Medicaid Director Cody Rowland. Address: Lurleen B. Wallace Building Montgomery, Alabama.

4) Title II and Title VI of the Civil Rights ACT of 1964. I am a Black Male Administrator or Executor of the estate located at 401 Boyd Road Shorter, Ala. 36075 which has a Medicaid Lien on it.

5) I was refused entry past the information desk and I was not given estate related information that I requested.

5) continued.
6) Relief for race discrimination, defamation, Title II and Title VI of the Civil Rights Act of 1964, intentional infliction of emotional distress, and punitive damages, race and gender discrimination, Intentional Infliction of Emotional Distress.
Total: $5 million.

Peter J. Smith  3-12-2024
(Signature & Date) Pro Se
P.O. Box 1644
Montgomery, Alabama 36102-1644
(334) 781-3128
(Phone Number)