IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PETER J. SMITH, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:24cv164-MHT |
| | ) | (WO) |
| KAY IVEY, Alabama | ) | |
| Governor, and CODY | ) | |
| ROWLAND, Alabama Medicaid | ) | |
| Director, | ) | |
| | ) | |
|     Defendants. | ) | |

## OPINION

Plaintiff filed this lawsuit asserting that, when he went to a building seeking information about an estate for which he is the executor, he was not allowed into the building past the information desk and did not receive the information he requested. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and failure to pay the filing fee or file a motion for leave to proceed in forma pauperis. There are no

objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of May, 2025.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**