IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,                  )
                                 )
     Plaintiff,                  )
                                 )      CIVIL ACTION NO.
     v.                          )        2:24cv164-MHT
                                 )            (WO)
KAY IVEY, Alabama                )
Governor, and CODY               )
ROWLAND, Alabama Medicaid        )
Director,                        )
                                 )
     Defendants.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and failure to pay the filing fee or file a motion for leave to proceed in forma pauperis.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 23rd day of May, 2025.**

                                         /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**